**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAVIA WAGNER,

       Plaintiff,

v.                                 Case No.: 6:24-cv-1839-WWB-DCI

WES INVESTMENTS SUBSIDIARY,
LLC, THE MARKET RESTAURANT INC
and THE MARKET SANFORD LLC,

       Defendants.

_____

## **ORDER**

    THIS CAUSE is before the Court on Plaintiff's Stipulation of Voluntary Dismissal Without Prejudice as to Defendant The Market Restaurant Inc. (Doc. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate The Market Restaurant Inc. as a Defendant in this matter and amend the case style accordingly.

    **DONE AND ORDERED** at Orlando, Florida on October 31, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record