## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

TAVIA WAGNER,   CASE No.: 6:24-cv-01839-WWB-DCI
    Plaintiff,

vs.

WES INVESTMENTS SUBSIDIARY, LLC,
and THE MARKET SANFORD, LLC
d/b/a THE MARKET RESTAURANT,
    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Tavia Wagner, and Defendants, Wes Investments Subsidiary, LLC and The Market Sanford, LLC d/b/a The Market Restaurant, hereby notify the Court that Plaintiff and Defendants have resolved the matters in controversy in this action between them. It is anticipated that Plaintiff, Tavia Wagner, will file a Notice of Voluntary Dismissal with Prejudice as to Defendants, Wes Investments Subsidiary, LLC and The Market Sanford, LLC d/b/a The Market Restaurant within the next sixty (60) days.

| | |
|---|---|
| By: /s/ Anthony T. Litsch III | By: /s/ Paul McDermott |
| Anthony T. Litsch III | Paul McDermott, Esquire |
| 1368 Turnbull Bay Road, Suite 303 | Holland & Knight LLP |
| New Smyrna Beach, FL 32168 | 100 N. Tampa Street, Suite 4100 |
| Phone: (386) 409-7252 | Tampa, FL 33602 |
| Email: bb_litsch4@att.net | Phone: (813) 227-8500 |
| Email: anthonytlitschiii@gmail.com | Email: paul.mcdermott@hklaw.com |
| Florida Bar #0084437 | Florida Bar No. 855901 |
| Attorney for Plaintiff | Attorney for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                 By: /s/ Anthony T. Litsch III
                                                     Anthony T. Litsch III
                                                     Attorney for Plaintiff