UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,                               CASE No.: 6:24-cv-01839-WWB-DCI
    Plaintiff,

vs.

WES INVESTMENTS SUBSIDIARY, LLC,
and THE MARKET SANFORD, LLC
d/b/a THE MARKET RESTAURANT,
    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff TAVIA WAGNER, by and through the undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice of this action.

**Dated February 28, 2025**

**By: /s/ Anthony T. Litsch III**
Anthony T. Litsch III
1368 Turnbull Bay Road, Suite 303
New Smyrna Beach, FL 32168
Phone: (386) 409-7252
Email: bb_litsch4@att.net
Email: anthonytlitschiii@gmail.com
Florida Bar #0084437
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
1368 Turnbull Bay Road, Suite 303
New Smyrna Beach, Florida 32168
Telephone: 386-409-7252
Email: bb_litsch4@att.net
Email: AnthonyTLitschiii@gmail.com
Florida Bar Number: 0084437
Attorney for Plaintiff